UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

SECRET

RECEIVED AND FILED
2019 JAN 17 A 11:59
BY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Crim. No. 1:19 - cr-00007-JAW |
| | ) | 17 U.S.C. § 506(a)(1)(B) |
| | ) | 18 U.S.C. §§ 2319(a), 2319(c)(1), 2 |
| DOUGLAS GORDON. | ) | |

# INDICTMENT

The GRAND JURY charges:

## COUNT 1
[Criminal Copyright Infringement]

During a 180-day period beginning on about January 21, 2014 and continuing to about June 3, 2014 in the District of Maine, the defendant,

**DOUGLAS GORDON,**

did willfully infringe copyrights of motion pictures and did aid and abet in the willful infringement of copyrights of motion pictures by reproducing and distributing or causing the reproduction and distribution of ten (10) or more copies of copyrighted works which have a total retail value of more than $2,500,

In violation of Title 17, United States Code, Section 506(a)(1)(B) and Title 18, United States Code, Sections 2319(a), 2319(c)(1) and 2.

## COUNT 2
[Criminal Copyright Infringement]

During a 180-day period beginning on about July 12, 2016 and continuing to about December 30, 2016 in the District of Maine, the defendant,

1

**DOUGLAS GORDON,**

did willfully infringe copyrights of motion pictures and did aid and abet in the willful infringement of copyrights of motion pictures by reproducing and distributing or causing the reproduction and distribution of ten (10) or more copies of copyrighted works which have a total retail value of more than $2,500,

In violation of Title 17, United States Code, Section 506(a)(1)(B) and Title 18, United States Code, Sections 2319(a), 2319(c)(1) and 2.

A TRUE BILL, this 17th day of January, 2019.

Signature Redacted – Original on file with the Clerk's Office

_____
(Assistant) United States Attorney
District of Maine

Dated at Bangor, Maine this 17 day of January, 2019.