UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. DOUGLAS GORDON

DOCKET NO: 1:19-cr-00007-JAW

PROCEEDING TYPE: Bond Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Email messages and Letter from Lipman Katz to Google | 01/31/19 | | | |
| 2 | | | Target Letter | 01/31/19 | | | |
| 3 | | | Photograph | 01/31/19 | | | |
| 4 | | | Photograph | 01/31/19 | | | |
| 5 | | | Photograph | 01/31/19 | | | |
| 6 | | | Printout from findraredvds.com | 01/31/19 | | | |
| 7 | | | Printout from Lost Movies Found! | 01/31/19 | | | |
| 8 | | | Notice from ICE-Homeland Securities | 01/31/19 | | | |
| 9 | | | Printout from lostmoviefinder.com | 01/31/19 | | | |
| 9a | | | Operation In Our Sites Project TransAtlantic VIII | 01/31/19 | | | |
| 10 | | | Itemization | 01/31/19 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |