**Amended Synopsis**

| | |
|---|---|
| **Name:** | Douglas Gordon |
| **Address:** (City & State Only) | Mattawamkeag, Maine |
| **Year of Birth and Age:** | 1967; 51 years of age |
| **Violations:** | Copyright Infringement, 17 U.S.C. § 506(a)(1)(A), 18 U.S.C. §§ 2319(a), 2319(c)(1) and 2 [Counts 1 & 2] Mail Fraud, 18 U.S.C. § 1341 and 2 [Count 3] |
| **Penalties:** | Prison: Counts 1 & 2: <br> -- Not more than 3 Years, 18 U.S.C. § 2319(c)(1) <br> Count 3: Not more than 20 Years, 18 U.S.C. § 1341 <br> Fine: Counts 1 – 3: <br> -- Not more than $250,000, 18 U.S.C. § 3571(b)(3) |
| **Supervised Release:** | Counts 1 – 3: <br> Not more than 3 Years, 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 – 3: <br> Not More than 2 Years, 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 – 3: Three years (maximum original term of supervised release) less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | Stephen C. Smith, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations <br> Loren D. Thresher, Special Agent |
| **Detention Status:** | Order Setting Conditions of Release |
| **Foreign National:** | N/A |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | James M. Moore |
| **Guidelines apply?** | U.S.S.G. § 2B5.3(a) |
| **Victim Case:** | Yes. |
| **Corporate Victims Owed Restitution?** | Yes. |
| **Assessments:** | Counts 1 – 3: <br> $100.00 per count, 18 U.S.C. § 3013(a)(2)(A) |