GOVERNMENT EXHIBIT 5 1:19-cr-00007-JAW

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| 29th Street 1991 DVD | | | | | YES | | |
| 3:15 1986 DVD | | | | | YES | | 1 |
| 8 Million Ways to Die 1986 DVD | YES | 61 | YES | 3 | YES | | |
| A Breed Apart 1984 DVD | | | YES | 1 | YES | | |
| A Christmas Carol 1971 DVD (Chuck Jones'..) | YES | 154 | YES | 72 | YES | 6 | 35 |
| A Dangerous Life 1988 DVD | | | YES | 2 | YES | | 9 |
| A Fight for Jenny 1986 DVD | | | YES | 2 | YES | | |
| A Friendship in Vienna 1988 DVD | YES | 5 | YES | 5 | YES | | 18 |
| A Home of our Own 1975 DVD | YES | | YES | | YES | | 3 |
| A Mom for Christmas 1990 DVD | | | | | YES | | |
| A Muppet Family Christmas 1987 DVD | | | | | YES | | |
| A Question of Honor 1982 DVD | YES | | YES | | YES | | 2 |
| A Town like Alice 1981 DVD | YES | 1599 | YES | 391 | YES** | | 48 |
| A Winner Never Quits 1986 DVD | YES | 33 | YES | 30 | YES | | 32 |
| A Woman at War 1991 DVD | YES | | | | YES | | |
| Abraham Lincoln 1930 DVD | | | | | YES | | |
| Action at Anguar 1945 DVD | | | | | YES | | |
| Africa Screams 1949 DVD | | | | | YES | | |
| After the Beep 1998 DVD | | | | | YES | | |
| Agent on Ice 1986 DVD | | | | | YES | | |
| Alice's Restaurant 1968 DVD | YES | | | | | | |
| All the Kind Strangers 1974 DVD | | | | | YES | | |
| Amerika 1987 DVD | | | YES | | YES | | |
| Angel and the Badman 1947 DVD | | | | | YES | | |
| Animal Instincts 1992 DVD | | | YES | | YES | | 3 |
| Animalympics 1980 DVD | | | YES | 3 | YES | | |
| Annie O 1995 DVD | | | YES | 36 | YES | | 2 |
| Assault and Matrimony 1987 DVD | YES | 1 | YES | | YES | | 10 |
| Assault at West Point 1994 DVD | YES | 17 | YES | 1 | YES | | 2 |
| At Play In the Fields of the Lord 1991 DVD | | | | | YES | | |
| At War with the Army 1950 DVD | | | | | YES | | |
| Attack of the Giant Leeches 1959 DVD | | | | | YES | | |
| Avenger X 1967 DVD | YES | 3 | | | | | |
| Avenging Force 1986 DVD | YES | 52 | | | | | |
| Babes in Toyland 1986 DVD | YES | 1126 | YES | 745 | YES | 113 | |
| Ballad of Gregorio Cortez 1986 DVD | YES | 165 | YES | 8 | YES | | |
| Bare Essentials 1991 DVD | | | YES | | YES | | |
| Beat the Devil 1953 DVD | | | | | YES | | 1 |
| Beauty and the Beast 1991 DVD | YES | | | | | | |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| Becky Sharp 1935 DVD | | | | | YES | | |
| Ben 1972 DVD | | | YES | 119 | | | |
| Blackout 1985 DVD | YES | 122 | YES | 5 | YES | | 25 |
| Blind Man's Bluff 1992 DVD | YES | | | | YES | | |
| Blood Beach 1980 DVD | YES | 41 | YES | 1 | YES | | 6 |
| Blood Debts 1983 DVD | | | YES | 2 | YES | | 2 |
| Blood Salvage 1990 DVD | YES | | | | YES | | |
| Blue Monkey 1987 DVD | | | | | YES | | |
| Breaking All the Rules 1985 DVD | | | | | YES | | |
| Bride of Boogedy 1987 DVD | YES | 49 | | | | | |
| Bugsy Malone 1976 DVD | YES | 4 | | | YES | | |
| Buried Alive 1990 DVD | YES | 498 | YES | 106 | YES | 1 | 107 |
| Buried Alive II 1997 DVD | YES | 161 | YES | 37 | YES | | 29 |
| Cage 1989 DVD | YES | | | | YES | | |
| Cage II: The Arena of Death 1994 DVD | YES | | | | | | |
| Care of Game Animals: Field to Freezer DVD | YES | | | | | | |
| Casualties 1997 DVD | YES | 1 | | | | | |
| Catch me if you can 1989 DVD | YES | 373 | YES | 227 | YES | | 85 |
| Chantilly Lace 1993 DVD | YES | 75 | YES | | YES | | 18 |
| Cheaper to Keep Her 1980 DVD | | | YES | | YES | | 11 |
| Chiefs 1983 DVD | YES | 1160 | YES | 292 | YES** | | 32 |
| Christmas Eve 1986 DVD | YES | 1064 | YES | 182 | YES | 15 | 202 |
| Closet Land 1991 DVD | | | YES | 2 | YES | | 3 |
| Coast to Coast 1980 DVD | YES | 8 | | | YES | | |
| Cocaine Blues 1983 DVD | YES | | | | YES | | |
| Coldblooded 1995 DVD | | | | | YES | | |
| Crossings 1986 DVD | YES | 475 | | | | | |
| Crowhaven Farm 1970 DVD | YES | 59 | YES | 10 | YES | | 2 |
| Cupid 1997 DVD | YES | 6 | | | YES | | |
| Danielle Steele's Message from Nam 1993 DVD | | | YES | 3 | YES | | |
| Dark Currents Volume One 1992 DVD | | | | | YES | | 18 |
| Dark Horse 1992 DVD | YES | 40 | | | YES | | |
| Dark Night of the Scarecrow 1981 DVD | YES | | | | | | |
| Daughter of the Mind 1969 DVD | | | YES | | YES | | 1 |
| Day of the Beast 1995 DVD | YES | | | | | | |
| Deadly Encounter 1982 DVD | | | YES | | YES | | 6 |
| Deadly Matrimony 1992 DVD | YES | 82 | YES | 5 | YES | | 29 |
| Deadtime Stories 1986 DVD | YES | | | | YES | | |
| Death Moon 1978 DVD | | | | 1 | YES | | |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| Death Squad 1974 DVD | YES | | YES | | YES | | |
| Diary of a Mad Housewife 1970 DVD | YES | 233 | YES | 6 | YES | | 13 |
| Dinosaur Island 1994 DVD | YES | | | | | | |
| Disney's Halloween Treats DVD | YES | 15 | YES | 16 | YES | | 5 |
| Donald Duck's Scary Tales 1996 DVD | YES | 1 | YES | 15 | YES | | 7 |
| Dot and Keeto 1986 DVD | | | | | YES | | |
| Double Exposure 1994 DVD | | | YES | | YES | | 1 |
| Dr. Bethune 1993 DVD | YES | 21 | YES | | YES | | 6 |
| Dragon World 1994 DVD | | | | | YES | | 3 |
| Dream Demon 1988 DVD | | | | | YES | | |
| Elvis and Me 1988 DVD | YES | | YES | 12 | YES** | | 1 |
| Express to Terror 1979 DVD | YES | 4 | YES | 2 | YES | | 4 |
| Faeries 1981 DVD | | | YES | 3 | YES | | 6 |
| Fast Break 1979 DVD | | | | | YES | | |
| Fatal Vision 1984 DVD | YES | 537 | YES | 65 | YES | | 100 |
| Final Approach 1991 DVD | YES | 9 | YES | 1 | YES | | 4 |
| Final Round 1993 DVD | | | | | YES | | |
| Five Desperate Women 1971 DVD | | | YES | 9 | YES | | 6 |
| Flight of the Eagle 1982 DVD | YES | | | | YES | | |
| FM 1978 DVD | | | | | YES | | |
| Force: Five 1981 DVD | YES | 64 | | | | | |
| Forever Amber 1947 DVD | YES | 50 | | | | | |
| Frankenstein & Me 1996 DVD | YES | 9 | YES | 2 | YES | | 2 |
| Gentle Giant 1967 DVD | YES | | | | | | |
| Gleaming the Cube 1989 DVD | YES | 23 | YES | 116 | YES | | 6 |
| Goldengirl 1979 DVD | YES | 14 | YES | 8 | YES | | |
| Goliath Awaits 1981 DVD | YES | 158 | YES | 10 | YES | | 30 |
| Goodnight God Bless 1987 DVD | | | YES | | YES | | 3 |
| Grace Quigley 1984 DVD | YES | 3 | YES | | YES | | 1 |
| Grand Tour: Disaster in Time 1992 | | | | | YES | | |
| Great Expectations 1989 DVD | YES | 51 | YES | 5 | YES ** | | 14 |
| Green Ice 1981 DVD | YES | 73 | | | | | |
| Grey Fox 1982 DVD | YES | 659 | | 2 | | | |
| Grim Prairie Tales 1990 DVD | | | | | YES | | |
| Hamburger The Motion Picture 1986 DVD | YES | 346 | YES | 49 | YES | | |
| Happily Ever After 1990 DVD | YES | | | | | | |
| High Strung 1991 DVD | YES | 35 | YES | 1 | YES | | 19 |
| Hollywood Hot Tubs 1984 DVD | YES | | YES | | YES | | 2 |
| Hollywood Hot Tubs 2: Educating Crystal 1990 DVD | YES | | YES | | YES | | |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| Homewrecker 1992 DVD | | | | | YES | | |
| Honeymoon Horror 1982 DVD | YES | | YES | | YES | | |
| House in the Hills 1993 DVD | YES | 26 | YES | 1 | YES | | 6 |
| Hunter's Blood 1986 DVD | YES | | YES | 6 | YES | | 2 |
| Hurricane 1937 DVD | YES | | | | | | |
| I Bury the Living 1958 DVD | | | | | YES | | |
| In Love with an Older Woman 1982 DVD | YES | 8 | YES | 2 | YES | | 3 |
| It came upon a Midnight Clear 1984 DVD | YES | 431 | YES | 172 | YES | 6 | 106 |
| It Happened One Christmas 1977 DVD | YES | 712 | YES | 378 | YES | 21 | 233 |
| Jack's Back 1988 DVD | YES | 10 | | | | | |
| Jailbird Rock 1988 DVD | YES | | YES | 6 | YES | | 6 |
| Journey Back to Oz 1974 DVD | | | YES | | | | |
| Katy Caterpillar 1984 DVD | YES | 119 | YES | 46 | YES | | 10 |
| Ketchup Vampires 1995 DVD | YES | 55 | YES | 19 | YES | | 10 |
| Kill Squad 1982 DVD | YES | 2 | YES | | YES | | |
| King of the Mountain 1981 DVD | YES | 22 | YES | 27 | YES | | |
| Laboratory 1980 DVD | | | YES | | YES | | |
| Ladykillers 1988 DVD | YES | 17 | YES | 3 | YES | | 2 |
| Lies 1983 DVD | YES | 1 | YES | | YES | | |
| Little Gloria: Happy at Last 1982 DVD | | | YES | 2 | YES | | 4 |
| Long Shot 1981 DVD | YES | 1 | YES | | YES | | |
| Love With The Perfect Stranger 1986 DVD | | | YES | 1 | YES | | 4 |
| Love With The Proper Stranger 1963 DVD | YES | 26 | | | YES | | |
| Loving You 1957 DVD | | | | | YES | | |
| Lucky Chances 1990 DVD | YES | | YES | 5 | YES** | | 1 |
| Man who had power over women 1970 DVD | YES | 4 | | | | | |
| Massacre at Central High 1976 | | | | | YES | | |
| Masters of Menace 1990 DVD | YES | 217 | YES | 113 | YES | | 45 |
| Meteorites! 1998 DVD | YES | 9 | YES | 3 | YES | | 6 |
| Mindwalk 1991 DVD | YES | 332 | YES | 73 | YES | | 51 |
| Miracle Down Under 1987 DVD | | | YES | 7 | YES | 7 | 66 |
| Mission Stardust 1968 DVD | | | | | YES | | |
| Mister Frost 1990 DVD | YES | 5 | YES | 17 | YES | | 17 |
| Moontrap 1989 DVD | YES | 63 | | | | | |
| Mouse on the Mayflower 1968 DVD | YES | 981 | YES | 237 | YES | | 113 |
| Mr. Boogedy 1986 DVD | YES | 2071 | | 348 | | | |
| Ms Scrooge 1997 DVD | YES | 407 | YES | 106 | YES | 24 | |
| Murder by Moonlight 1989 DVD | YES | | | 1 | YES | | |
| Murder She Purred 1998 DVD | | | YES | 99 | YES | | 55 |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| My Man Adam 1985 DVD | YES | | YES | | YES | | |
| Never Talk to Strangers 1986 DVD | | | YES | 2 | YES | | |
| Night of the Living Dead 1968 DVD | | | | | YES | | |
| Nightmare in Badham County 1976 DVD | | | YES | | YES | | 7 |
| No Retreat, No Surrender 1986 | | | YES | | YES | | |
| Not My Kid 1985 DVD | YES | | | 2 | YES | | |
| One Million B.C. 1940 DVD | YES | 66 | YES | 13 | YES | | |
| Orion's Belt 1985 DVD | | | | | YES | | |
| Our Mother's Murder 1997 DVD | YES | 1 | YES | 59 | YES | | 38 |
| Out on a Limb 1987 DVD | YES | 168 | | | YES | | |
| Out There 1995 DVD | | | YES | | YES | | |
| Paramedics 1988 DVD | YES | 17 | | | YES | | 1 |
| Pascali's Island 1988 DVD | YES | 1 | | 1 | YES | | |
| Paternity 1981 DVD | | | YES | 5 | | | |
| Payback 1995 DVD | | | YES | | YES | | |
| Pet Shop 1995 DVD | | | YES | | YES | | |
| Peter the Great 1986 DVD | YES | 101 | YES | 33 | YES** | | 1 |
| Photographing Fairies 1997 DVD | | | | | YES | | |
| Pirates 1986 DVD | YES | | YES | 1 | YES | | |
| Poor Little Rich Girl 1936 DVD | YES | 4 | YES | 53 | YES | | |
| Poor Little Rich Girl: The Barbara Hutton Story 1987 DVD | YES | | | | | | |
| Praying Mantis 1983 DVD | YES | 9 | YES | 2 | YES | | |
| Prehysteria! 1993 DVD | | | YES | 1 | YES | | |
| Prehysteria! 2 1994 DVD | | | YES | 1 | YES | | 3 |
| Prehysteria! 3 1995 DVD | | | YES | 1 | YES | | 3 |
| Primo Baby 1990 DVD | YES | | | 1 | | | |
| Private War of Major Benson 1955 DVD | YES | 24 | | | | | |
| Prom Night 1980 | | | | | YES | | |
| Rad 1986 DVD | YES | 538 | YES | 877 | YES | | 53 |
| Raw Courage 1984 DVD | YES | | YES | 5 | YES | | |
| Red Headed Stranger 1986 DVD | YES | | YES | 12 | YES | | 8 |
| Return to Macon County 1975 DVD | | | | 7 | YES | | |
| Revolver 1992 DVD | YES | 6 | | | | | |
| Robin of Locksley 1996 DVD | YES | | | | | | |
| Roe vs Wade 1989 DVD | YES | 16 | | 2 | YES | | 8 |
| Rumpelstiltskin 1987 DVD | | | | | YES | | |
| Saints and Sinners 1994 DVD | YES | | | | | | |
| Scared Stiff 1987 DVD | YES | | YES | 1 | YES | | |
| Secrets in the Attic 1992 DVD | YES | | YES | 5 | YES | | 5 |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| Seven Magnificent Gladiators 1984 DVD | YES | 14 | YES | 2 | YES | | 4 |
| She Waits 1972 DVD | YES | 21 | YES | 3 | YES | | 5 |
| Short Time 1990 DVD | YES | | YES | 2 | YES | | 7 |
| Sidekicks 1992 DVD | | | YES | 2 | YES | | 13 |
| Silent Madness 1984 DVD | | | YES | | YES | | 1 |
| Sing 1989 DVD | YES | 493 | YES | 253 | YES | | 83 |
| Six Weeks 1982 DVD | YES | 370 | YES | 115 | YES | | |
| Small Sacrifices 1989 DVD | YES | 610 | YES | 177 | YES | | 41 |
| Smoky Mountain Christmas 1986 DVD | YES | 1250 | YES | 1778 | YES | 54 | 402 |
| Snow Treasure 1968 DVD | | | | | YES | | |
| Son of the Morning Star 1991 DVD | YES | 598 | YES | 55 | YES | | 85 |
| Song of the South 1946 DVD | YES | 6 | YES | 130 | YES | | 25 |
| Sourdough 1981 DVD | YES | | | 1 | | | |
| Speed Zone 1987 DVD | YES | 7 | | 2 | YES | | |
| Starflight One 1983 DVD | YES | 18 | | | | | |
| Starship 1984 DVD | YES | 1 | YES | 3 | YES | | |
| Stone Fox 1987 DVD | YES | 1035 | YES | 331 | YES | | 164 |
| Strange America: Unclassified 2000 DVD | | | | | YES | | |
| Sudden Death 1985 DVD | | | | | YES | | 2 |
| Susie Q 1996 DVD | YES | 32 | YES | 149 | YES | | 57 |
| Ted Bundy 2002 DVD | | | | | YES | | |
| Terror on the Beach 1973 DVD | YES | | YES | 9 | YES | | 7 |
| Terror Stalks the Class Reunion 1992 DVD | YES | | YES | 1 | YES | | |
| The Adventures of Timmy the Tooth 1995 DVD | YES | | | | | | |
| The Air Up There 1994 DVD | YES | 18 | | | | | |
| The Amazing Mr X. 1948 DVD | | | | | YES | | |
| The Animal Kingdom 1932 DVD | | | | | YES | | |
| The Ann Jillian Story 1988 DVD | | | | | YES | | |
| The Blue Yonder 1985 DVD | | | | | YES | | 4 |
| The Boyfriend School 1990 DVD | YES | | | | | | |
| The China Lake Murders 1990 DVD | | | YES | 8 | YES | | 7 |
| The Christmas Secret 2000 DVD | YES | 71 | YES | 85 | YES | 4 | 22 |
| The Colony 1995 DVD | YES | 71 | YES | 26 | YES | | 19 |
| The Dark Secret of Harvest Home 1978 DVD | | | | | YES | 2 | 54 |
| The Dollmaker 1984 DVD | YES | 303 | YES | 85 | YES | | 64 |
| The Dove 1974 DVD | YES | 259 | YES | 34 | YES | | 23 |
| The Expert 1995 DVD | YES | 12 | YES | | YES | | 4 |
| The Final Cut 1996 DVD | YES | | YES | 4 | YES | | 5 |
| The Forgotten One 1989 DVD | YES | | YES | 16 | YES | | 18 |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| The Fortune 1975 DVD | YES | 6 | | | | | |
| The Ghost of Flight 401 DVD | YES | 162 | YES | 25 | YES | | 27 |
| The Girls of Huntington House 1973 DVD | | | YES | | YES | | 1 |
| The Great Love Experiment 1983 DVD | | | | | YES | | |
| The Great Mom Swap 1995 DVD | | | YES | 25 | YES | | 12 |
| The Great Santa Claus Caper 1978 DVD | YES | 30 | YES | 12 | YES | | 8 |
| The Healing Force 1988 DVD | YES | 1 | YES | | YES | | |
| The Hit List 1989 DVD | YES | | | | | | |
| The Hit List 1993 DVD | YES | 2 | | | YES | | |
| The House of Usher 1989 DVD | YES | 1 | YES | 1 | YES | | |
| The Keep 1983 DVD | YES | 60 | YES | 78 | YES | | 2 |
| The Legend of Sleepy Hollow 1980 DVD | YES | 719 | YES | 112 | YES | | 166 |
| The Lightening Incident 1991 DVD | | | | | YES | | |
| The Little Shop of Horrors 1960 DVD | | | | | YES | | |
| The Long Hot Summer 1985 DVD | YES | 31 | YES | 109 | YES** | | 29 |
| The Man Who had Power over Women 1970 DVD | | | YES | 2 | YES | | 1 |
| The Midnight Hour 1985 DVD | | | | | YES | | |
| The Mutilator 1985 DVD | YES | 8 | | | | | |
| The Night Dracula Saved the World 1979 DVD | YES | 361 | YES | 31 | YES | | 38 |
| The Night that Panicked America 1975 DVD | YES | 2 | | | | | |
| The Night They Saved Christmas 1984 DVD | YES | 521 | YES | 612 | YES | 1 | 116 |
| The Peanut Butter Solution 1985 DVD | YES | 309 | YES | 35 | YES | | 35 |
| The Perfect Daughter 1996 DVD | | | | 4 | YES | | |
| The Pope Must Diet 1991 DVD | YES | | YES | | YES | | |
| The Pumpkin Who Couldn't Smile 1979 DVD | YES | 308 | YES | 68 | YES | | 64 |
| The Purple People Eater 1988 DVD | YES | 714 | YES | 199 | YES | 1 | 115 |
| The Queen of Mean 1990 DVD | YES | 83 | | 33 | YES | | 13 |
| The Rainmaker 1997 DVD | | | | | YES | | |
| The Reincarnation of Peter Proud 1975 | | | YES | 2 | YES | | |
| The Ripper 1997 DVD | YES | 14 | YES | 3 | YES | | 14 |
| The Secretary 1995 DVD | | | | | YES | | |
| The Silence of the Hams 1994 DVD | YES | 9 | YES | 4 | YES | | 16 |
| The Stepford Wives 1975 DVD | | | | | YES | | |
| The Tale of Ruby Rose 1987 DVD | YES | 1 | | | YES | | 10 |
| The Trap 1966 DVD | YES | 100 | YES | 65 | YES | | 49 |
| The Wish that Changed Christmas 1991 DVD | YES | | YES | 57 | YES | 4 | 58 |
| The Woman He Loved 1988 DVD | YES | 54 | | 3 | | | |
| There Goes the Neighborhood 1992 DVD | YES | 2 | YES | 3 | YES | | 10 |
| This is my Life 1992 DVD | YES | 11 | | | | | |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| Thunder Warrior 3 1988 DVD | YES | 1 | YES | 1 | YES | | |
| Thunderground 1989 DVD | YES | | | 1 | YES | | |
| Trading Mom 1994 DVD | | | YES | 12 | YES | | 9 |
| Trapped 1989 DVD | YES | 8 | YES | 17 | YES | | 11 |
| Turtle Diary 1985 DVD | | | YES | 1 | YES | | 6 |
| Uninvited 1944 DVD | YES | 244 | | | | | |
| Uptown Saturday Night 1974 | | | | | YES | | |
| Vanishing Act 1986 DVD | YES | 18 | YES | 43 | YES | | 39 |
| Warrior Queen 1987 DVD | | | | | YES | | |
| Weekend War 1988 DVD | YES | | YES | 2 | YES | | 2 |
| Wild Thing 1987 DVD | YES | 9 | | | | | |
| Will: G. Gordon Liddy 1982 DVD | | | | 1 | YES | | |
| Willard 1971 DVD | | | YES | 49 | | | |
| Witchfire 1986 DVD | YES | | YES | 4 | YES | | 1 |
| Young Warriors 1983 DVD | YES | 17 | YES | 4 | YES | | 1 |
| | | | | | | | |
| The Christmas Gift | NO | 964 | | | | | |
| Samson & Delilah 1949 | NO | 424 | | | | | |
| Nutcracker the motion picture | NO | 163 | | | | | |
| Confessions of a Serial Killer | NO | 6 | | | | | |
| Siege of Firebase Gloria | NO | 189 | | | | | |
| Fantastic Adventures of Unico 1981 | NO | 34 | | | | | |
| I Come in Peace | NO | 83 | | | | | |
| Perfect Weapon 1991 | NO | 292 | | | | | |
| Night of the Grizzly 1966 | NO | 116 | | | | | |
| Quarterback Princess 1983 | NO | 11 | | | | | |
| The Comic | NO | 24 | | | | | |
| The Halloween Tree | NO | 13 | | | | | |
| Fire with Fire 1986 DVD | NO | 2 | | | | | |
| Scruffy 1980 | NO | 2 | | | | | |
| | | | | | | | |
| Jane Fonda Original Workout 1982 DVD | | | NO | 236 | | | |
| Saltwater Moose 1988 DVD | | | NO | 1 | | | |
| Two Years Before the Mast 1946 DVD | | | NO | 4 | | | |
| Willard 1974 DVD | | | NO | 28 | | | |
| | | | | | | | |
| Eyes of Fire 1983 DVD | | | | | NO*** | | 4 |
| Phar Lap - Hero to a Nation | | | | | NO*** | | 11 |
| Roman Polasnki's Pirates | | | | | NO*** | | 1 |

| Title of Motion Picture (Alphabetical Order) | Listed on FindRareDVDS on 02/11/2015 | Number of copies ordered | Listed on LostMoviesFound on 01/27/2017 | Number of copies ordered | Listed on LostMovieFinder on 01/23/2019 | Number of copies ordered 150206 | Number of copies ordered 148895 |
|---|---|---|---|---|---|---|---|
| The Magical Faeries | | | | | NO*** | | 2 |
| Total number of movies advertised per website | 183 | | 163 | | 242 | | |
| Total number of movie copies ordered per website | | 27,527 | | 10,527 | | 259 | 3,811 |
| Total dollar sales per website | | $427,244.54 | | $162,690.76 | | $3,072.41 | $45,651.89 |
| Total dollar sales all three websites | $638,659.60 | | | | | | |

YES** - these titles have more than one disc. An exact number could not be identified so the lowest number possible was chosen.
NO*** - these titles were not advertised on 01/23/2019 so no price could be identified. These numbers were not counted in the total numbers ordered or dollars.