UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CASE NAME: US v. DOUGLAS GORDON**

**DOCKET NO: 1:19-cr-00007-JAW**

**JURY TRIAL EXHIBIT LIST**

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | EDGE Productions publications (pages 1 and 3) | X | 10/21/19 | 10/21/19 | 10/21/19 |
| 2 | | | Dark Currents/ Strange America VHS Tape | | 10/21/19 | 10/21/19 | 10/21/19 |
| 3 | | | Dark Currents Copyright Screen Shot (3) | | 10/21/19 | 10/21/19 | 10/21/19 |
| 4 | | | Strange America Screen Shot | | 10/21/19 | 10/21/19 | 10/21/19 |
| 5 | | | After the Beep VHS Tape | X | 10/21/19 | 10/21/19 | 10/21/19 |
| 6 | | | After the Beep Copyright Screen Shot | | 10/21/19 | 10/21/19 | 10/21/19 |
| 7 | | | FindrareDVDs.com website | | 10/22/19 | 10/28/19 | 10/28/19 |
| 8 | | | DVD Christmas Eve – Printed Title (2015) | | | | |
| 9 | | | DVD Christmas Gift, The – Printed Title (2015) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 10 | | | DVD Grey Fox – Printed Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 11 | | | DVD Mr Boogedy/Bride of Boogedy Double Feature – Printed Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 12 | | | DVD Mouse on the Mayflower – Printed Title (2015) | | | | |
| 13 | | | DVD Mutilator, The – Printed Title (2015) | | 10/23/19 | 10/28/19 | 10/28/19 |
| 14 | | | DVD RAD – Printed Title (2015) | | 10/23/19 | 10/28/19 | 10/28/19 |
| 15 | | | Sleeves (45) for DVDs – 5 Cross Street, Brewer, Maine – August 4, 2015 (representative sample) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 16 | | | Blank Envelopes (10) -- 5 Cross Street, Brewer, Maine - August 4, 2015 (representative samples) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 17 | | | DVD A Winner Never Quits – Handwritten Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 18 | | | DVD Assault and Matrimony – Handwritten Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 19 | | | DVD Expert, The – Handwritten Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 20 | | | DVD Grim Prairie Tales – Handwritten Title (2015) | | 10/22/19 | 10/28/19 | 10/28/19 |
| 21 | | | DVD Jailbird Rock – Handwritten Title (2015) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 22 | | | DVD Return to Macon County – Handwritten Title (2015) | | | | |
| 23 | | | DVD Revolver – Handwritten Title (2015) | | | | |
| 24 | | | DVD Short Time – Handwritten Title (2015) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 25 | | | DVD Thunderground – Handwritten Title (2015) | | | | |
| 26 | | | RESERVED | | | | |
| 27 | | | Four Lists of Movie Orders | | 10/22/19 | 10/22/19 | 10/28/19 |
| 28 | | | Floor Plan, North Main Street, Brewer, Maine | | 10/22/19 | 10/22/19 | 10/22/19 |
| 29 | | | Three (3) Envelopes with FRD labels -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/22/19 | 10/28/19 | 10/28/19 |
| 30 | | | Photograph of Duplicator -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/22/19 | 10/22/19 | 10/22/19 |
| 31 | | | Photograph of Duplicator -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/22/19 | 10/22/19 | 10/22/19 |
| 32 | | | Photograph of Duplicator -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 33A-C | | | Better Business Bureau post cards (3) | | 10/21/19 | 10/28/19 | 10/28/19 |
| 34 | | | Maine Attorney General letter (seized from 5 Cross Street) | | 10/21/19 | 10/28/19 | 10/28/19 |
| 35 | | | Scripted email responses to FRD customers | | 10/21/19 | 10/21/19 | 10/21/19 |
| 36 | | | Douglas Gordon Email Messages to/from Shaylene Braley | X | 10/21/19 | 10/21/19 | 10/21/19 |
| 36A | | | FindRareDVDs@yahoo.com emails: “Doug” | | 10/28/19 | 10/28/19 | 10/28/19 |
| 37 | | | Text Message from Doug Gordon to Shaylene Braley | | 10/21/19 | 10/21/19 | 10/21/19 |
| 38 | | | Better Business Bureau complaints | | 10/22/19 | | |
| 39A | | | Better Business Bureau Complaint Transmission Records, Case # 10279329 | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 39B | | | Better Business Bureau Complaint Transmission Records, Case # 10410438 | X | 10/22/19 | 10/22/19 | 10/22/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 39C | | | Better Business Bureau Complaint Transmission Records, Case # 11085544 | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 39D | | | Better Business Bureau Complaint Transmission Records, Case # 11125346 | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 39E | | | Better Business Bureau Complaint Transmission Records, Case # 11895400 | | | | |
| 39F | | | Better Business Bureau Complaint Transmission Records, Case # 11965828 | | 10/22/19 | 10/22/19 | 10/22/19 |
| 40A | | | Maine Attorney General civil investigative demand | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 40B | | | Maine Attorney General civil investigative demand | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 40C | | | Response to Maine Attorney General civil investigative demand | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 40D | | | Maine Attorney General complaint # 13-0214 records | | | | |
| 40E | | | Maine Attorney General RGH Complaint records | | | | |
| 40F | | | Maine Attorney General RD Complaint records | | | | |
| 40G | | | Maine Attorney General WD Complaint records | | | | |
| 40H | | | Maine Attorney General AM Complaint records | | | | |
| 41 | | | Email Confirmation of February 6, 2014 DVD Purchase | | 10/24/19 | 10/24/19 | 10/24/19 |
| 42 | | | FindrareDVDs screenshot | | 10/24/19 | 10/24/19 | 10/24/19 |
| 43 | | | *Chantilly Lace* DVD and white paper sleeve | | 10/25/19 | 10/28/19 | 10/28/19 |
| 44 | | | *Buried Alive* DVD and white paper sleeve | | 10/28/19 | 10/28/19 | 10/28/19 |
| 45 | | | *Buried Alive* II DVD and white paper sleeve | | 10/28/19 | 10/28/19 | 10/28/19 |
| 46 | | | *The Ripper* DVD and white paper sleeve | | 10/28/19 | 10/28/19 | 10/28/19 |
| 47 | | | 9” x 6” FindrareDVD envelope with label | | 10/24/19 | 10/24/19 | 10/24/19 |
| 48 | | | PS Form 1093 Application for Post Office Box – Part 1 and Part 2 – dated September 4, 2008 | | 10/22/19 | 10/22/19 | 10/22/19 |
| 49 | | | Endicia subpoena response (2016) (disc) | | 10/22/19 | | |
| 50 | | | Endicia account information – Douglas Gordon credit card holder – two page spreadsheet (2016) | X | 10/22/19 | 10/22/19 | 10/22/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 51 | | | Endicia subpoena response (2017) (disc) | | 10/22/19 | | |
| 52 | | | Endicia account information – Douglas Gordon credit card holder – two page spreadsheet (2017) | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 53 | | | Charter Communications, Inc. mobile (cell) phone service subscriber information 207-922-2319 | X | 10/21/19 | 10/21/19 | 10/21/2019 |
| 54 | | | Yahoo! Inc. disc (produced in response to search warrant) | | 10/23/19 | 10/23/19 | 10/23/19 |
| 54A | | | Yahoo! Inc. Records Certificate | | 10/23/19 | 10/23/19 | 10/23/19 |
| 54B | | | Yahoo! Inc. Disk File Structure Printout | | 10/23/19 | 10/23/19 | 10/23/19 |
| 54C | | | Yahoo! Inc. Transmittal Letter | | | | |
| 55 | | | "Yahoo! Copyright <copyright@yahoo-inc.com>" to "<findraredvds@yahoo.com>", CC to <doug@findraredvds.com>" re Notice of Infringement | | 10/28/19 | 10/28/19 | 10/28/19 |
| 56 | | | Vonage Records | X | 10/21/19 | 10/21/19 | 10/21/19 |
| 57 | | | Bangor Savings Bank - three (3) authorization resolutions | | | | |
| 58 | | | Bangor Savings Bank - check deposit copies | | | | |
| 59 | | | Bangor Savings Bank Records | | | | |
| 60 | | | Bangor Savings Bank - checking account withdrawals | | 10/25/19 | 10/25/19 | 10/25/19 |
| 61 | | | Columbia Broadcasting System (CBS) notices of copyright infringement | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 61A | | | Screen shot of The Christmas Gift from website FindRareDVDs.com | | 10/22/19 | 10/22/19 | 10/22/19 |
| 62 | | | Response from "Doug Gordon <findraredvds@yahoo.com>" to CBS | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 63 | | | Yahoo! Inc. – Account Management Tool | | 10/23/19 | 10/23/19 | 10/23/19 |
| 64 | | | Yahoo! Inc. messages to and from customers | | 10/28/19 | 10/28/19 | 10/28/19 |
| 64A | | | Yahoo! Inc. messages to and from customers (257 pages) | | | | |
| 65 | | | Yahoo! Inc – SA Castellanos email | | 10/28/19 | 10/28/19 | 10/28/19 |
| 66A-M | | | Vonage Visual Voicemail Emails (13) | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 67A | | | Vonage Audio File (Anderson) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67B | | | Vonage Audio File (Flora) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67C | | | Vonage Audio File (Atkins) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67D | | | Vonage Audio File (Miller) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67E | | | Vonage Audio File (Pinto-Jones) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67F | | | Vonage Audio File (Nichols) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67G | | | Vonage Audio File (Roe) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67H | | | Vonage Audio File (Nichols) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67I | | | Vonage Audio File (Keo) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67J | | | Vonage Audio File (Moren) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67K | | | Vonage Audio File (Lucas) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67L | | | Vonage Audio File (Gray) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 67M | | | Vonage Audio File (Hosker) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 68A-M | | | Vonage Transcriptions (13) | X | 10/28/19 | 10/28/19 | 10/28/19 |
| 69 | | | Disk with 13 Vonage Audio Files (A-M) | | | | |
| 70 | | | RESERVED | | | | |
| 71 | | | RESERVED | | | | |
| 72 | | | RESERVED | | | | |
| 73 | | | RESERVED | | | | |
| 74 | | | RESERVED | | | | |
| 75 | | | RESERVED | | | | |
| 76 | | | RESERVED | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 77 | | | RESERVED | | | | |
| 78 | | | RESERVED | | | | |
| 79 | | | Floor Plans, 5 Cross Street, Brewer, Maine | | | | |
| 80 | | | Photographs of Middle Room, 5 Cross Street, Brewer, Maine – Photo of office | | 10/28/19 | 10/28/19 | 10/28/19 |
| 81 | | | RESERVED | | | | |
| 82 | | | Photographs of Middle Room, 5 Cross Street, Brewer, Maine – Close up photo of duplicators | | 10/28/19 | 10/28/19 | 10/28/19 |
| 83 | | | Photographs of Middle Room, 5 Cross Street, Brewer, Maine – Close up of VHS tapes, spindles of DVDs and VHS player/recording equipment | | 10/28/19 | 10/28/19 | 10/28/19 |
| 84 | | | RESERVED | | | | |
| 85 | | | One Photograph of Upstairs Bedroom, 5 Cross Street, Brewer, Maine | | 10/28/19 | 10/28/19 | 10/28/19 |
| 86 | | | One Photograph of Enclosed Porch, 5 Cross Street, Brewer, Maine | | 10/28/19 | 10/28/19 | 10/28/19 |
| 87A-H | | | Eight Envelopes with FRD labels, correspondence and/or disks -- 5 Cross Street, Brewer, Maine – August 4, 2015 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 88 | | | Order forms FRD, envelopes (10) -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 89 | | | Order forms and other LMF-related documents (3) -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 90 | | | Returned envelope with LMF labels, correspondence and/or discs (3) -- 5 Cross Street, Brewer, Maine - August 4, 2015 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 91 | | | Christmas Eve 1986 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 92 | | | The Perfect Daughter 1996 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 93 | | | Jailbird Rock 1988 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 94 | | | The China Lake Murders 1990 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 95 | | | A Friendship in Vienna 1988 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 96 | | | The Night They Saved Christmas 1984 VHS | | 10/28/19 | 10/28/19 | 10/28/19 |
| 97 | | | U.S. Attorney's Office Letter to Douglas Gordon dated August 4, 2015 – Seized May 10, 2017 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 98 | | | U.S. Attorney's Office Letter to Heidi Pugliese dated August 4, 2015 – Seized May 10, 2017 | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 99 | | | Yahoo! Inc. email orders – 1/14/2014 to 6/1/2014 (Count 1) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 100 | | | Endicia spreadsheet - 1/21/2014 to 6/3/2014 (Count 1) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 101 | | | Email Confirmation of December 20, 2012 MARY WOLLGAST purchase from FindrareDVDs | X | 10/23/19 | 10/23/19 | 10/23/19 |
| 102 | | | *Babes in Toyland* DVD | | 10/23/19 | 10/23/19 | 10/23/19 |
| 103 | | | *The Night They Saved Christmas* DVD | | 10/23/19 | 10/23/19 | 10/23/19 |
| 104 | | | Vonage email transcription of December 29, 2012 MARY WOLLGAST voicemail | | 10/21/19 | | |
| 105 | | | Transcription of audio recording of December 29, 2012 MARY WOLLGAST voicemail | X | 10/23/19 | 10/23/19 | 10/23/19 |
| 106 | | | Vonage Voicemail audio recording of December 29, 2012 MARY WOLLGAST voicemail | X | 10/23/19 | 10/23/19 | 10/23/19 |
| 107 | | | Email Message of January 17, 2013 from MARY WOLLGAST to findraredvds@yahoo.com | | 10/23/19 | 10/23/19 | 10/23/19 |
| 108 | | | Email Response of January 17, 2013 from Doug Gordon to MARY WOLLGAST | | 10/23/19 | 10/23/19 | 10/23/19 |
| 109 | | | Email Response of January 17, 2013 from MARY WOLLGAST to Doug Gordon | X | 10/23/19 | 10/23/19 | 10/23/19 |
| 110 | | | Everex New Order Confirmation sent to HELEN STURGEON – Oct. 27, 2015 7:15 PM | | 10/23/19 | 10/23/19 | 10/23/19 |
| 111 | | | *Trapped* 1989 DVD | | 10/23/19 | 10/23/19 | 10/23/19 |
| 112 | | | Manilla LMF envelope | | 10/23/19 | 10/23/19 | 10/23/19 |
| 113 | | | *Trapped* VHS | | 10/23/19 | 10/23/19 | 10/23/19 |
| 114 | | | New Form Entry: Contact Form from HELEN STURGEON to LMF – Nov. 25, 2015 | | 10/23/19 | 10/23/19 | 10/23/19 |
| 115 | | | Email Response from Lost Movies to HELEN STURGEON – Nov. 26, 2015 | | 10/23/19 | 10/23/19 | 10/23/19 |
| 116 | | | Everex New Order Confirmation Everex to NICHOLE McNEILL – Sept. 20, 2016 | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 117 | | | New Form Entry: Contact Form from NICHOLE McNEILL to LMF – October 06, 2016 09:38 | X | 10/22/19 | 10/22/19 | 10/22/19 |
| 118 | | | *Babes in Toyland* 1986 DVD | | 10/22/19 | 10/22/19 | 10/22/19 |
| 119 | | | *Smoky Mountain Christmas* 1986 DVD | | 10/22/19 | 10/22/19 | 10/22/19 |
| 120 | | | *Smoky Mountain Christmas* 1986 DVD | | 10/22/19 | 10/22/19 | 10/22/19 |
| 121 | | | LMF envelope | | 10/22/19 | 10/22/19 | 10/22/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 122 | | | www.lostmoviesfound.com Order Confirmation 12/22/2016 (screenshot) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 123 | | | Email Confirmation of December 22, 2016 DVD Purchase | | 10/24/19 | 10/24/19 | 10/24/19 |
| 124 | | | *Mrs. Scrooge* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 125 | | | *It Came Upon a Midnight Clear* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 126 | | | *The Night They Saved Christmas* DVD and white paper sleeve with window | | 10/23/19 | 10/28/19 | 10/28/19 |
| 127 | | | *Christmas Eve* DVD and white paper sleeve with window | | 10/25/19 | 10/28/19 | 10/28/19 |
| 128 | | | *The Christmas Secret* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 129 | | | *Babes in Toyland* DVD and white paper sleeve with window | | 10/24/19 | 10/28/19 | 10/28/19 |
| 130 | | | USPS LMF envelope with label | | 10/24/19 | 10/24/19 | 10/24/19 |
| 131 | | | LostMoviesFound.com website 1/27/2017 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 132 | | | Video Recording of January 9, 2017 purchase from LostMoviesFound.com | | 10/24/19 | 10/24/19 | 10/24/19 |
| 133 | | | Screenshot of January 9, 2017 Order Confirmation | | 10/24/19 | 10/24/19 | 10/24/19 |
| 134 | | | Email Confirmation of January 9, 2017 Order | | 10/24/19 | 10/24/19 | 10/24/19 |
| 135 | | | *Goldengirl* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 136 | | | *Frankenstein & Me* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 137 | | | *House in the Hills* DVD and white paper sleeve with window | | 10/28/19 | 10/28/19 | 10/28/19 |
| 138 | | | USPS Priority LMF envelope | | 10/24/19 | 10/24/19 | 10/24/19 |
| 139 | | | LostMovieFinder.com website | | 10/28/19 | 10/28/19 | 10/28/19 |
| 140 | | | Video Recording of November 30, 2018 purchase from LostMovieFinder | | 10/24/19 | 10/24/19 | 10/24/19 |
| 141 | | | Screenshot of November 30, 2018 Order Confirmation | | 10/24/19 | 10/24/19 | 10/24/19 |
| 142 | | | Email Confirmation of November 30, 2018 Order | | 10/24/19 | 10/24/19 | 10/24/19 |
| 143 | | | *Babes in Toyland* DVD | | 10/24/19 | 10/24/19 | 10/24/19 |
| 144 | | | *The Night They Saved Christmas* DVD | | 10/24/19 | 10/24/19 | 10/24/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 145 | | | *Rad* DVD | | 10/24/19 | 10/24/19 | 10/24/19 |
| 146 | | | LostMovieFinder/ Kunaki 7”x6” envelope with label and bubble padding | | 10/24/19 | 10/24/19 | 10/24/19 |
| 147 | | | LostMovieFinder/ Kunaki 8”x6” USPS Parcel Select envelope with label bubble padding | | 10/24/19 | 10/24/19 | 10/24/19 |
| 148 | | | Citibank, N.A. credit card statement | | 10/24/19 | 10/24/19 | 10/24/19 |
| 149 | | | Screen shot – Heidi Pugliese FaceBook Page – FRD/LMF | | 10/25/19 | 10/25/19 | 10/25/19 |
| 149A | | | Screen shot – Heidi Pugliese FaceBook Pages - FRD | | 10/25/19 | 10/25/19 | 10/25/19 |
| 150 | | | Maine Maritime Academy employee enrollment form | | | | |
| 151 | | | A Breed Apart 1984 DVD - Handwritten (2017) | | | | |
| 152 | | | Buried Alive 1990 DVD - Handwritten (2017) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 153 | | | Christmas Eve 1986 DVD - Handwritten (2017) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 154 | | | Deadly Encounter 1982 DVD - Handwritten (2017) | | | | |
| 155 | | | Dr. Bethune 1993 DVD - Handwritten (2017) | | | | |
| 156 | | | Forgotten One 1989 DVD - Handwritten (2017) | | | | |
| 157 | | | Goldengirl 1979 DVD - Handwritten (2017) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 158 | | | Hamburger The Motion Picture 1986 DVD - Handwritten (2017) | | | | |
| 159 | | | Hunter's Blood 1986 DVD - Handwritten (2017) | | | | |
| 160 | | | Jailbird Rock 1988 DVD - Handwritten (2017) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 161 | | | Never Talk to Strangers 1986 DVD - Handwritten (2017) | | | | |
| 162 | | | Our Mother's Murder 1997 DVD - Handwritten (2017) | | | | |
| 163 | | | Out There 1995 DVD - Handwritten (2017) | | | | |
| 164 | | | Prehysteria! 1993 DVD - Handwritten (2017) | | | | |
| 165 | | | Prehysteria! 2 1994 DVD - Handwritten (2017) | | | | |
| 166 | | | Prehysteria! 3 1995 DVD - Handwritten (2017) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 167 | | | "Really Aggressive Rights Search . . . MPAA" Green Note | | 10/25/19 | 10/25/19 | 10/25/19 |
| 168 | | | Bootleggers Yellow Note | | 10/25/19 | 10/25/19 | 10/25/19 |
| 169 | | | *The Mutilator* (authentic DVD) | | 10/23/19 | 10/23/19 | 10/23/19 |
| 169A | | | Photograph of Copyright Protection Notice | | 10/23/19 | 10/23/19 | 10/23/19 |
| 170 | | | *Fall Break (The Mutilator)* Certificate of Copyright Registration | | 10/23/19 | 10/23/19 | 10/23/19 |
| 170A | | | Short form Copyright Assignment "Mutilator" | | 10/23/19 | 10/23/19 | 10/23/19 |
| 171 | | | Copyright Infringement Email dated 5/19/2013 from Buddy Cooper to findraredvds@yahoo.com | X | 10/23/19 | 10/23/19 | 10/23/19 |
| 172 | | | *Grey Fox*, U.S. Copyright Office Certificate of Copyright Registration | | 10/24/19 | 10/24/19 | 10/24/19 |
| 173 | | | *The Grey Fox* (authentic DVD) | | | | |
| 174 | | | *The Grey Fox* Financial Statement | | 10/24/19 | 10/24/19 | 10/24/19 |
| 175 | | | Copyright Infringement Notice dated 10/21/2015 from G.C. Adams, President, Mercury Pictures | | 10/24/19 | 10/24/19 | 10/24/19 |
| 176 | | | Response to Adams dated 10/29/2015 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 177 | | | *Night They Saved Christmas*, U.S. Copyright Office Certificate of Copyright Registration | | 10/23/19 | 10/23/19 | 10/23/19 |
| 178 | | | *The Night They Saved Christmas* (DVD) | | | | |
| 179 | | | *Rad*, U.S. Copyright Office Certificate of Copyright Registration | | 10/23/19 | 10/23/19 | 10/23/19 |
| 180 | | | Taliafilm II Ltd Credit Agreement, "RAD" | | | | |
| 180A | | | Copyright Public Catalog "RAD" | | | | |
| 181 | | | "RAD" P&A Note | | | | |
| 182 | | | Distribution Agreement "RAD" | | | | |
| 182A | | | 1989 Assignment "RAD" | | | | |
| 183 | | | 1992 Agreement of Assignment and Sale "RAD" | | | | |
| 184 | | | *Mr. Boogedy*, U.S. Copyright Office Certificate of Copyright Registration | | 10/24/19 | 10/24/19 | 10/24/19 |
| 185 | | | *Mr. Boogedy/ Bride of Boogedy* (authentic DVD) | | 10/24/19 | 10/24/19 | 10/24/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 186 | | | *Babes in Toyland*, U.S. Copyright Office Certificate of Copyright Registration, Finnegan Co. | | 10/24/19 | 10/24/19 | 10/24/19 |
| 187 | | | *Babes in Toyland* (authentic VHS) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 188 | | | Extension Agreement between Finnegan and Orion Pictures dated Dec. 8, 2011 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 189 | | | MGM Distribution List | | | | |
| 190 | | | Kunaki User Agreement | X | 10/24/19 | 10/24/19 | 10/24/19 |
| 191 | | | November, 2018 Copyright Violation Notice/ Letter Demanding Refund from Kunaki | X | 10/24/19 | 10/24/19 | |
| 192 | | | Kunaki Publisher Response/ Publisher Info/ Id 150206 (lostmoviesfound@gmail.com) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 193 | | | Kunaki Publisher Response/ Publisher Info/ Id 148895 (everex224@gmail.com) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 194 | | | Email Messages Exchanged Between everex224@gmail.com and Kunaki Customer Service dated December 6, 2018 to January 4, 2019 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 195 | | | Letter from Douglas Gordon to Kunaki LLC dated December 20, 2018 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 196 | | | Email Message from everex224@gmail.com to Kunaki Customer Service dated January 9, 2019 | | | | |
| 197 | | | Kunaki Order ID Recipient Address Mapping for Publisher 148895 (identifies customers) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 198 | | | Kunaki Billing – Order ID Mapping for Publisher 148895 (person billed for distribution of DVDs) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 199 | | | Kunaki Product ID – Order ID Mapping for Publisher 148895 (list of customers for each movie) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 200 | | | Kunaki Order ID Recipient Address Mapping for Publisher 150206 (orders from customers) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 201 | | | Kunaki Billing – Order ID Mapping for Publisher 150206 (person billed for distribution of DVDs) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 202 | | | Kunaki Product ID – Order ID Mapping for Publisher 150206 (list of customers for each movie) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 203 | | | Kunaki List of Physical Products Uploaded for Publisher 148895 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 204 | | | Kunaki List of Physical Products Uploaded for Publisher 150206 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 205 | | | Kunaki Physical Product – RAD with case (148895) | | 10/29/19 | 10/29/19 | 10/29/19 |
| 206 | | | Kunaki Physical Product – RAD with paper sleeve (148895) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 207 | | | Kunaki Physical Product – The Night They Saved Christmas with case (148895) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 208 | | | Kunaki Physical Product – The Night They Saved Christmas with paper sleeve (150206) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 209 | | | Kunaki Physical Product – Babes in Toyland with case (150206) | | 10/29/19 | 10/29/19 | 10/29/19 |
| 210 | | | Kunaki Physical Product – Babes in Toyland with paper sleeve (150206) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 211 | | | Kunaki Physical Product – Christmas Eve with paper sleeve (148895) | | | | |
| 212 | | | Kunaki Physical Product – The China Lake Murders (148895) | | 10/29/19 | 10/29/19 | 10/29/19 |
| 213 | | | Kunaki Physical Product – Jailbird Rock (148895) | | 10/24/19 | 10/24/19 | 10/24/19 |
| 214 | | | Kunaki Physical Product – After the Beep DVD with artwork and case, copyright 1998 by Edge | | 10/24/19 | 10/24/19 | 10/24/19 |
| 215 | | | Kunaki Physical Product – Dark Currents DVD with artwork and case, copyright 1993, 1995, 2000 by Edge | | 10/24/19 | 10/24/19 | 10/24/19 |
| 216 | | | Google search warrant response (disc) | | 10/23/19 | 10/23/19 | 10/23/19 |
| 216A | | | Google Certificate and Letter | | 10/23/19 | 10/23/19 | 10/23/19 |
| 217 | | | Google subpoena response re email name EMTBangor@gmail.com | | 10/23/19 | 10/23/19 | 10/23/19 |
| 217A | | | Google Disk regarding email EMTBangor@gmail.com | | 10/23/19 | 10/23/19 | 10/23/19 |
| 218 | | | Disc – Subscriber Information and Orders | | 10/24/19 | 10/24/19 | 10/24/19 |
| 219 | | | Paper – Subscriber Information from Weebly | | 10/24/19 | 10/24/19 | 10/24/19 |
| 219A | | | Weebly User Action Data 2017 | | 10/24/19 | 10/24/19 | 10/24/19 |
| 219B | | | Weebly Transaction Data Sample | | 10/24/19 | 10/24/19 | 10/24/19 |
| 220 | | | Stripe, Inc. disk (produced pursuant to court order) | | 10/23/19 | 10/23/19 | 10/23/19 |
| 220A | | | Stripe Subscriber Print Outs | | 10/28/19 | 10/28/19 | 10/28/19 |
| 221 | | | Green Dot Bank cardholder information P.O. Box 123 | | 10/23/19 | 10/23/19 | 10/23/19 |
| 221A | | | Green Dot Transaction History | | | | |
| 222 | | | Bancorp customer information and transaction records | | | | |
| 223 | | | TextNow, Inc. mobile (cell) phone service subscriber information 207-779-5318 | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 224 | | | United Parcel Service Store application for delivery, mailbox agreement, receipts | | 10/25/19 | 10/25/19 | 10/25/19 |
| 225 | | | EMT Stripe Account Records | | 10/24/19 | 10/24/19 | 10/24/19 |
| 226 | | | CAFRA Forfeiture Notice – LostMoviesFound.com | | | | |
| 227 | | | CAFRA Seized Asset Claim Form – LostMovieFinder.com | | | | |
| 228 | | | MPAA Notice of Copyright Infringement dated January 10, 2017 | | | | |
| 229 | | | MPAA Notice of Copyright Infringement dated April 26, 2017 | | 10/25/19 | 10/25/19 | 10/25/19 |
| 230 | | | MPAA Notice of Copyright Infringement and Responses dated April 26, 27, 2017; May 3, 2017 | | 10/25/19 | 10/25/19 | 10/25/19 |
| 231 | | | 2011-2015 IHS Technology Telecom. DVD/Blu-Ray Avg. Pricing Summary And Detail By Genre | | 10/25/19 | 10/25/19 | 10/25/19 |
| 232 | | | 2016-2018 IHS Technology Telecom. DVD/Blu-Ray Avg. Pricing Summary And Detail By Genre | | 10/25/19 | 10/25/19 | 10/25/19 |
| 233 | | | Photographs of Hewlett Packard Laptop Computer Serial No. CNF0425NOR | | 10/25/19 | 10/25/19 | 10/25/19 |
| 234 | | | Photograph of Acer Laptop Serial No. LXRD50206911007B9D1601 | | 10/25/19 | 10/25/19 | 10/25/19 |
| 235 | | | Photograph of Windows desktop (no name) | | 10/25/19 | 10/25/19 | 10/25/19 |
| 236A | | | Power Point recording of visit to U.S. Copyright Office website (hardcopy) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 236B | | | Power Point recording of visit to U.S. Copyright Office website (disk) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 237 | | | *8 Million Ways to Die*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 238 | | | *Air Up There*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 239 | | | *Annie O*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 240 | | | *Assault at West Point*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 241 | | | *Avenging Force*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 242 | | | *Ballad of Gregorio Cortez*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 243 | | | *Blackout*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 244 | | | *Blood Beach*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 245 | | | *Bride of Boogedy*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 246 | | | *Buried Alive*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 247 | | | *Buried Alive II*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 248 | | | *Catch Me If You Can*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 249 | | | *Chantilly Lace*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 250 | | | *Chiefs*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 251 | | | *Christmas Carol*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 252 | | | *Christmas Eve*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 253 | | | *Christmas Gift*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 254 | | | *Colony*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 255 | | | *Crossings*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 256 | | | *Dark Horse*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 257 | | | *Deadly Matrimony*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 258 | | | *Donald's Scary Tales*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 259 | | | *Elvis & Me, Parts 1 & 2*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 260 | | | *Expert*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 261 | | | *Fatal Vision Episode 1*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 262 | | | *Fatal Vision Episode 2*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 263 | | | *Final Approach*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 264 | | | *Flight of the Reindeer*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 265 | | | *Forgotten One*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 266 | | | *Frankenstein and Me*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 267 | | | *Friendship in Vienna*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 268 | | | *Gleaming the Cube*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 269 | | | *Goldengirl*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 270 | | | *Goliath Awaits Part 1*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 271 | | | *Great Expectations*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 272 | | | *Great Mom Swap*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 273 | | | *Green Ice*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 274 | | | *Halloween That Almost Wasn't*, U.S. Copyright Office Certificate of Copyright Registration PA 56 672 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 275 | | | *Halloween That Almost Wasn't*, U.S. Copyright Office Certificate of Copyright Registration PA 275 247 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 276 | | | *Hamburger The Motion Picture*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 277 | | | *High Strung*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 278 | | | *In Love with an Older Woman*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 279 | | | *It Came Upon a Midnight Clear*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 280 | | | *Jack's Back*, U.S. Copyright Office Certificate of Copyright Registration, PA 392 760 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 281 | | | *Jack's Back*, U.S. Copyright Office Certificate of Copyright Registration, PA 426 863 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 282 | | | *Jack's Back*, U.S. Copyright Office Certificate of Copyright Registration, PA 446 458 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 283 | | | *Katy*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 284 | | | *Katy is Oruga*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 285 | | | *Keep*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 286 | | | *King of the Mountain*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 287 | | | *Lady Killers*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 288 | | | *Legend of Sleepy Hollow*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 289 | | | *Leona Helmsley: The Queen of Mean*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 290 | | | *Long Hot Summer*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 291 | | | *Meteorites!*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 292 | | | *Mindwalk*, U.S. Copyright Office Certificate of Copyright Registration, PAU-1-400-302 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 293 | | | *Mindwalk*, U.S. Copyright Office Certificate of Copyright Registration, PA-640-660 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 294 | | | *Mister Frost*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 295 | | | *Mommy Market*, U.S. Copyright Office Certificate of Copyright Registration, PA 625 544 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 296 | | | *Mommy Market*, U.S. Copyright Office Certificate of Copyright Registration, PA 662 685 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 297 | | | *Moontrap*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 298 | | | *Ms. Scrooge*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 299 | | | *Murder She Purred: A Mrs. Murphy Mystery*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 300 | | | *Our Mother's Murder*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 301 | | | *Out on a Limb Part 1*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 302 | | | *Out on a Limb Part 2*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 303 | | | *Paramedics*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 304 | | | *Peanut Butter Solution*, U.S. Copyright Office Certificate of Copyright Registration, PA 301 232 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 305 | | | *Peter the Great Part 1*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 306 | | | *Peter the Great Part 2*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 307 | | | *Peter the Great Part 3*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 308 | | | *Peter the Great Part 4*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 309 | | | *Pumpkin Who Couldn't Smile*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 310 | | | *Raggedy Ann and Andy in the Great Santa Claus Caper*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 311 | | | *Red-Headed Stranger*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 312 | | | *Ripper*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 313 | | | *Roe v. Wade*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 314 | | | *Seven Magnificent Gladiators*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 315 | | | *Sing*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 316 | | | *Six Weeks*, U.S. Copyright Office Certificate of Copyright Registration PA 444 520 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 317 | | | *Six Weeks*, U.S. Copyright Office Certificate of Copyright Registration PA 163 841 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 318 | | | *Small Sacrifices*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 319 | | | *Sun of the Morning Star Part 1*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 320 | | | *Sun of the Morning Star Part 2*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 321 | | | *Susie Q*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 322 | | | *This is My Life*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 323 | | | *Trapped*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 324 | | | *Vanishing Act*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 325 | | | *Winner Never Quits*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 326 | | | *Woman He Loved*, U.S. Copyright Office Certificate of Copyright Registration | | 10/28/19 | 10/28/19 | 10/28/19 |
| 327 | | | *Young Warriors Graduates of Malibu High*, U.S. Copyright Office Certificate of Copyright Registration PA 196 584 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 328 | | | *Young Warriors Graduates of Malibu High*, U.S. Copyright Office Certificate of Copyright Registration PA 445 255 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 329 | | | LostMoviesFound.com website 9/19/2016 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 330 | | | LostMoviesFound.com website Order Form | | 10/28/19 | 10/28/19 | 10/28/19 |
| 331 | | | RESERVED | | | | |
| 332 | | | Google LLC subscriber information | | | | |
| 333 A-C | | | Google Emails pre-Better Business Bureau complaints | | | | |
| 334 | | | RESERVED | | | | |
| 335 | | | LostMoviesFound.com new orders and customer emails | | 10/28/19 | 10/28/19 | 10/28/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 335A | | | LostMoviesFound.com new orders and customer emails (116 pages) | | | | |
| 336 | | | LostMoviesFound.com website Homeland Security Investigations Domain Seizure Web Page | | 10/28/19 | 10/28/19 | 10/28/19 |
| 337 | | | RESERVED | | | | |
| 338 | | | Weebly spreadsheet -- 7/5/2016 to 12/20/2016 – *Babes in Toyland* orders (Ct 2) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 339 | | | Weebly spreadsheet summary chart -- 7/5/2016 to 12/20/2016 – *Babes in Toyland* orders – ENLARGED | | 10/28/19 | 10/28/19 | 10/28/19 |
| 340 | | | Weebly spreadsheet – 7/13/2016 to 12/20/2016 – *Night They Saved Christmas* Ct2 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 341 | | | Weebly spreadsheet summary chart – 7/13/2016 to 12/20/2016 – *Night They Saved Christmas* ENLARGED | | 10/28/19 | 10/28/19 | 10/28/19 |
| 342 | | | Stripe, Inc. spreadsheet – 7/5/2016 to 12/20/2016 – *Babes in Toyland* orders (Ct 2) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 343 | | | Stripe, Inc. spreadsheet – 7/13/2016 to 12/20/2016 – *Night They Saved Christmas* orders Ct 2 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 344 | | | Endicia spreadsheet– 7/12/2016 to 12/20/2016 – *Babes in Toyland* orders (Ct 2) | | 10/28/19 | 10/28/19 | 10/28/19 |
| 345 | | | Endicia spreadsheet – 7/13/2016 to 12/30/2016 -- *Night They Saved Christmas*Ct2 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 346 | | | Photographs of Middle Room, 5 Cross Street, Brewer, Maine – May 10, 2017 – One end of office area | | 10/28/19 | 10/28/19 | 10/28/19 |
| 347 | | | Photographs of Middle Room, 5 Cross Street, Brewer, Maine – May 10, 2017 – Post It notes in office area | | 10/28/19 | 10/28/19 | 10/28/19 |
| 348 | | | Photographs of Upstairs Reading Room - May 10, 2017 – Overall photo of upstairs office room | | 10/28/19 | 10/28/19 | 10/28/19 |
| 349 | | | Photographs of Upstairs Reading Room - May 10, 2017 – Close up of duplicator and DVDs | | 10/28/19 | 10/28/19 | 10/28/19 |
| 350 | | | Photographs of Upstairs Reading Room - May 10, 2017 – Close up of computer screen with “A Town Like Alice Disk 1” | | 10/28/19 | 10/28/19 | 10/28/19 |
| 351 | | | Photographs of Upstairs Reading Room - May 10, 2017 – Close up photo of Post It notes including MPAA note | | 10/28/19 | 10/28/19 | 10/28/19 |
| 352 | | | One Photograph of Duplicator with Disks - May 10, 2017 | | 10/28/19 | 10/28/19 | 10/28/19 |
| 353 | | | Purple People Eater DVD with handwritten title and three Purple People Eater DVDs w/o titles | | 10/29/19 | 10/29/19 | 10/29/19 |
| 354 | | | Photocopy of Loren Thresher Homeland Security Investigations business card | | | | |
| 355 | | | DVD – *Babes in Toyland*-- 5 Cross Street, Brewer, Maine – May 10, 2017 | | 10/29/19 | 10/29/19 | 10/29/19 |
| 356 | | | DVD – *Grey Fox* -- 5 Cross Street, Brewer, Maine – May 10, 2017 | | 10/29/19 | 10/29/19 | 10/29/19 |
| 357 | | | DVD – *Mr. Boogedy* -- 5 Cross Street, Brewer, Maine – May 10, 2017 | | 10/29/19 | 10/29/19 | 10/29/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 358 | | | DVD – *Night They Saved Christmas* -- 5 Cross Street, Brewer, Maine – May 10, 2017 | | 10/29/19 | 10/29/19 | 10/29/19 |
| 359 | | | DVD – *RAD* -- 5 Cross Street, Brewer, Maine – May 10, 2017 | | 10/29/19 | 10/29/19 | 10/29/19 |
| 360 | | | Blue Yonder 1985 VHS | | 10/29/19 | 10/29/19 | 10/29/19 |
| 361 | | | Short Time 1990 VHS | | 10/29/19 | 10/29/19 | 10/29/19 |
| 362 | | | Stone Fox 1987 VHS | | 10/29/19 | 10/29/19 | 10/29/19 |
| 363 | | | Town Like Alice 1981 VHS | | 10/29/19 | 10/29/19 | 10/29/19 |
| 364 | | | Six Envelopes with LMF labels -- 5 Cross Street, Brewer, Maine (#1 thru #6) | | 10/29/19 | 10/29/19 | 10/29/19 |
| 365 | | | FRD Order forms and envelopes (#10) -- 5 Cross Street, Brewer, Maine | | 10/29/19 | 10/29/19 | 10/29/19 |
| 366 | | | LMF Order forms, envelopes and note (#13) -- 5 Cross Street, Brewer, Maine | | 10/29/19 | 10/29/19 | 10/29/19 |
| 367 | | | RESERVED | | | | |
| 368 | | | Search Term Data for Findraredvds.com has only one employee (employeesandowner.rtf)– HP | | 10/25/19 | 10/25/19 | 10/25/19 |
| 369 | | | Findraredvds.com has only one employee – HP | | 10/25/19 | 10/25/19 | 10/25/19 |
| 370 | | | Search Term Data for Registration Information (domain.rtf) – HP | | 10/25/19 | 10/25/19 | 10/25/19 |
| 371 | | | Registration Information – HP | | 10/25/19 | 10/25/19 | 10/25/19 |
| 372 | | | RESERVED | | | | |
| 373 | | | Search Term Data for Copyright Public Catalog (MrBoogedy1.pdf) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 374 | | | Copyright Public Catalog (MrBoogedy Recorded Document) - Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 375 | | | Search Term Data for Copyright Public Catalog (BrideofBoogedy.pdf) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 376 | | | Copyright Public Catalog (BrideofBoogedy Recorded Document) - Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 377 | | | Search Term Data for Copyright Public Catalog (MrBoogedy2.pdf) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 378 | | | Copyright Public Catalog (MrBoogedy Motion Picture) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 379 | | | Search Term Data for Copyright Public Catalog (BrideofBoogedy1.pdf) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |
| 380 | | | Copyright Public Catalog (BrideofBoogedy1 Motion Picture) – Acer | | 10/25/19 | 10/25/19 | 10/25/19 |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 381 | | | Search Term Data for “If a copyright is held by a defunct …” | | 10/25/19 | 10/25/19 | 10/25/19 |
| 382 | | | “If a copyright is held by a defunct . . .” | | | | |
| 383 | | | Search Term Data for phrases “criminal copyright infringement cases”, “criminal copyright infringement trials that ended in conviction”, “copyright infringement of obscure movies”, “notice of copyright infringement mpaa”, “criminal copyright maine”, “if no civil copyright infringement exists then can criminal still be charged?”, “take down defense as criminal copyright defense”, and other similar searches on dates in October 2015, November 2015, December 2015, June 2016, March 2017, as well as other dates. (5 pages) | | 10/25/19 | 10/25/19 | 10/25/19 |
| 384 | | | Search Term Data “copyright” | | 10/25/19 | 10/25/19 | 10/25/19 |
| 385 | | | LostMovieFinder.com website Order Form | | 10/28/19 | 10/28/19 | 10/28/19 |
| 386 | | | RESERVED | | | | |
| 387 | | | Email messages from Doug Gordon <emtbangor@gmail.com> to Thresher, Loren D Emails dated June 22, 2017 to November 19, 2018 (#12) | | | | |
| 388 | | | Summary Chart of seized VHS movie cassettes and copies of DVD movies | | 10/29/19 | 10/29/19 | 10/29/19 |
| 389 | | | Summary Chart of Movie Orders from FRD, LMF and LMFinder websites | | | | |
| 389A | | | Summary Chart of Movie Orders from FRD, LMF and LMFinder websites | X | 10/29/19 | 10/29/19 | 10/29/19 |
| 390 | | | YAANA Subscriber Information 207-383-1177 / 207-989-1187 / 207-989-1197 | | | | |
| 391 | | | U.S. Copyright Office Certificate of Non-Existence – no DMCA Designated Agent | | | | |
| 392 | | | Douglas Gordon – “gofundme” page | | | | |
| 393 | | | Power Point recording of visit to U.S. Copyright office website – 3 pages (hardcopy) | | | | |
| 394 | | | Endicia Transaction Data Sample | | 10/22/19 | 10/22/19 | 10/22/19 |
| 395 | | | Stripe Transaction Data Sample | | 10/23/19 | 10/23/19 | 10/23/19 |
| | | Joint 1 | Stipulation | | 10/21/19 | 10/21/19 | 10/21/19 |
| | | Joint 2 | Stipulation | | 10/21/19 | 10/21/19 | 10/21/19 |
| 396 | | | Grand Jury transcript | | 10/21/19 | | |
| 397 | | | Target letter | | 10/21/19 | | |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 399 | | | Better Business Bureau Records | | 10/22/19 | | |
| 398 | | | DVD – Endicia records | | 10/22/19 | | |
| 400 | | | Copyright search information for the Night they Saved Christmas | | 10/23/19 | 10/23/19 | 10/23/19 |
| 401 | | | Copyright search information for the Night they Saved Christmas | | 10/23/19 | 10/23/19 | 10/23/19 |
| 404 | | | Certificate of authenticity from Google | | 10/23/19 | 10/23/19 | 10/23/19 |
| 402 | | | Subscriber information for G Mail account | | 10/23/19 | 10/23/19 | 10/23/19 |
| 403 | | | Subscriber information for G Mail account | | 10/23/19 | 10/23/19 | 10/23/19 |
| 405 | | | Records certificate re: exhibit 220 | | 10/23/19 | 10/23/19 | 10/23/190 |
| 406 | | | Bancorp records with authenticity certificate | | 10/24/19 | 10/24/19 | 10/24/19 |
| | | Joint 3 | Stipulation | | 10/25/19 | 10/25/19 | 10/25/19 |
| 60-R | | | Bangor Savings Bank - checking account withdrawals | | 10/25/19 | 10/25/19 | 10/25/19 |
| 99-A | | | Summary chart | | 10/28/19 | 10/28/19 | 10/28/19 |
| 338-A | | | Weebly spreadsheet -- 7/5/2016 to 12/20/2016 – *Babes in Toyland* orders (Ct 2) ENLARGED | | 10/28/19 | 10/28/2019 | 10/28/19 |
| 340-A | | | Weebly spreadsheet – 7/13/2016 to 12/20/2016 – *Night They Saved Christmas* Ct2 ENLARGED | | 10/28/19 | 10/28/19 | 10/28/19 |
| 99-B | | | Summary of counts | | 10/28/19 | 10/28/19 | 10/28/19 |
| | | 1 | Certified copy of Superseding Indictment | | | | 10/29/19 |
| | | 2 | Jury Instructions | | | | 10/29/19 |
| | | 3 | Jury note to judge | | | | 10/29/19 |
| | | 4 | Note to jury | | | | 10/29/19 |
| | | 5 | Jury note to judge | | | | 10/29/19 |
| | | | | | | | |