Inmate Name: Douglas Gordon
Register Number: 13550-036
United States Penitentiary - CAMP/RDAP
P.O. Box 1000
Lewisburg, PA 17837



HARRISBURG PA  171

16 NOV 2023  PM 1  L

Clerk of the Courts
United States District Court
202 Harlow Street
Bangor, Maine 04401

04401-496125